IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiffs,<br><br>vs.<br><br>ROSS RIVERA, SHEENA STRAND,<br><br>                Defendants. | **8:14CR283**<br><br>**ORDER CANCELLING TRIAL** |

      An Amended Trial Order (Filing No. 44) was issued prematurely in this case.  A Motion to Suppress (Filing No. 42) is currently pending as to defendant Ross Rivera, and therefore Trial of this matter is cancelled and may be rescheduled when the matter is ripe.

      IT IS ORDERED that the Jury Trial set for 11/12/2014 is cancelled pending disposition of the co-defendant, Ross Rivera's, pretrial motion.

      Dated this 29th day of October, 2014

                                        BY THE COURT:

                                        s/ F.A. Gossett, III
                                        United States Magistrate Judge